# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA,<br><br>        Plaintiff,<br><br>        v.<br><br>EDWARD R. KANDLER, *et al.*,<br><br>        Defendants. | Case No.  C08-5312 FDB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 3) is **GRANTED**. Plaintiff is currently detained at the Northwest Detention Center, Tacoma, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 16th day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1