# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOMINGO GERMAN MACAVILCA

v.

EDWARD R. KANDLER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5312FDB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

| | |
|---|---|
| December 5, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |